# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* *http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** [ ]

**Case Name** [ ]

Hearing Location (*city*) [ ]

Your Name [ ]

List the sitting dates for the two sitting months you were asked to review:

[ ]

Do you have an unresolvable conflict on any of the above dates?  ○ Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

[ ]

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ○ No

If yes, list the number, name, and hearing city of each of the other case(s):

[ ]

**Signature** [ ]    **Date** [ ]

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at* *forms@ca9.uscourts.gov*

**Form 32**    *New 12/01/2018*